UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA A. RANKINS,<br><br>        Plaintiff,<br><br>v.<br><br>SANOFI S.A. et al.,<br><br>        Defendants. | Case No. 2:23-cv-09549-SB-E<br><br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

   The Court set a status conference for December 8, 2023.  Dkt. No. 17. Defense counsel participated in preparing the required joint report but failed to appear at the status conference or to notify they Court of the reason for her absence.  Accordingly, pursuant to Fed. R. Civ. P. 16(f), Defendants are ORDERED to show cause at an in-person hearing on December 15, 2023 at 8:30 a.m. why they and their counsel should not be subject to sanctions, including monetary sanctions, for failing to appear at the status conference in violation of the Court's order.  Defendants shall file a written response to this order to show cause (OSC) no later than 9:00 a.m. on December 13, 2023.  In the written response to the OSC, counsel shall state whether she has ever been sanctioned by any court or agency or the subject of an OSC for failing to follow any court rule or order. Defendants should also meet and confer with Plaintiff's counsel to attempt to reach agreement on the amount of Plaintiff's counsel's fees for attending the status conference at which Defendants failed to appear.  Counsel shall include the results of these discussions in Defendants' OSC response and indicate whether Defendants have already reimbursed Plaintiff's counsel for those fees.

   IT IS SO ORDERED.

Date: December 8, 2023

                       Stanley Blumenfeld, Jr.
                       United States District Judge