UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA A. RANKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SANOFI-AVENTIS U.S. LLC, et al.,<br><br>    Defendants. | Case No.: 2:23-cv-09549-SB-E<br><br>Judge:  Hon. Stanley Blumenfeld, Jr.<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))** |

Pursuant to the parties' joint stipulation, Dkt. No. 43, this entire action is dismissed without prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

Dated: May 22, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge